certified should be answered in the negative; and it is unnecessary to answer the second question.

HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ., concur.

Order reversed, etc.

---

THE MOUNT VERNON COMPANY, SILVERSMITHS, INC., Appellant, v. THE MOUNT VERNON METAL PRODUCTS COMPANY, INC., Defendant.

In the Matter of the Punishment of HARRY A. MACFARLAND, Respondent, for Contempt.

*Contempt — jurisdiction — service — order punishing for contempt properly reversed where facts disclose court had not acquired jurisdiction.*

*Mount Vernon Co., Silversmiths, Inc.,* v. *Mount Vernon Metal Products Co., Inc.,* 206 App. Div. 708, affirmed.

(Argued October 2, 1923; decided October 16, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 4, 1923, which reversed an order of Special Term adjudging the respondent guilty of contempt of court in that he did " from the 20th day of January, 1923, up to the 31st day of January, 1923, deliberately, wilfully and intentionally conceal himself with the purpose of evading the service of the process of this Court, to wit, the said order to show cause why he should not be punished for contempt." The Appellate Division held that upon the facts disclosed, the court had not acquired jurisdiction of the appellant, the conclusive proof showing that personal service of the subpœna and order to show cause had not been made in the manner prescribed by statute.

*Robert C. Beatty* for appellant.

*R. Randolph Hicks* and *Malcolm C. Law* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.